## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **DANIELLE N. LAPIERRE,** ) | **CASE NO.  4:08CV2874** |
| ) | |
| **Plaintiff,** ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **v.** ) | |
| ) | |
| **MICHAEL J. ASTRUE,** ) | **MEMORANDUM OPINION** |
| **Commissioner of Social Security,** ) | **AND ORDER** |
| ) | |
| **Defendant.** ) | |
| ) | |

The instant matter is before the Court on Plaintiff Danielle N. LaPierre's ("LaPierre") Complaint, which seeks judicial review of the Commissioner's final decision that she is not disabled and therefore not entitled to Supplemental Security Income Benefits.  (Dkt. # 1.)

On December 18, 2008, this case was automatically referred to Magistrate Judge Kenneth S. McHargh pursuant to LR 72.2.  On May 18, 2009, the Magistrate Judge issued an Order to Show Cause, directing LaPierre either (1) to file her brief on the merits or (2) to show cause why this matter should not be dismissed for want of prosecution. (Dkt. # 15.)  LaPierre failed to do either.  Accordingly, on May 29, 2009, the Magistrate Judge issued a Report and Recommendation in which he recommends that the Court dismiss LaPierre's case for want of prosecution.  (Dkt. # 16.)

Federal Rule of Civil Procedure 72(b) provides that objections to a report and

recommendation must be filed within ten (10) days after service.  Here, LaPierre did not file objections to the Magistrate Judge's Report and Recommendation.  Therefore, the Court must assume that LaPierre is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge McHargh (Dkt. # 16) is hereby **ADOPTED**.  LaPierre's case is hereby **DISMISSED** for want of prosecution.

**IT IS SO ORDERED**.

                                           **/s/ Peter C. Economus - June 29, 2009**
                                           **PETER C. ECONOMUS**
                                         **UNITED STATES DISTRICT JUDGE**